# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

Walter Williams,
Plaintiff,

v.

Hartford Healthcare,
Defendant(s).

Case No. 3:21 CV 1598 (SRU)
(To be supplied by the Court)

DEC 2 2021 AM 11:09
FILED-USDC-CT-HARTFORD

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

1. Plaintiff resides at the following location: 157 Broad St #2W New Britain ct 06053

2. Defendant(s) reside(s) at the following location [Attach additional sheets if more space is required]: 85 Seymour Street 2nd Floor Suite 217 Hartford ct 06102

3. This action is brought pursuant to [Check all spaces that apply to the type of claim(s) you wish to assert against the Defendant(s)]:

[✓] Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq., for employment discrimination on the basis of race, color, religion, sex, or national origin. Jurisdiction is specifically conferred on this Court by 42 U.S.C. § 2000e-5(f). Equitable and other relief is sought under 42 U.S.C. § 2000e-5(g) and the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

[✓] Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, et seq., for employment discrimination based upon age. Jurisdiction is alleged pursuant to 28 U.S.C. §§ 1331, 1337, and/or 1343. Equitable and other relief is sought under 29 U.S.C. §§ 626(b) and (c) or §§ 633a(b) and (c).

My Year of Birth is: 1963.

☐ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, et seq., for employment discrimination on the basis of a disability against an employer which constitutes a program or activity receiving Federal financial assistance. Jurisdiction is asserted under 28 U.S.C. §§ 1331, 1337 and/or 1343. Equitable and other relief is sought under 29 U.S.C. § 794a.

☐ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, et seq., for employment discrimination on the basis of a disability against a private employer. Jurisdiction is specifically conferred on this Court by 42 U.S.C.§ 2000e-5(f). See 42 U.S.C. § 12117(a). Equitable and other relief is sought pursuant to 42 U.S.C. § 2000e-5(g). Id.

4. The acts complained of in this suit concern [Check all spaces that are applicable to your claim(s)]:

(A) ☑ Failure to hire me. I was refused a job on the following date(s): _Between Mar 1, 2020 and April 20, 2020_

(B) ☐ Termination of my employment. I was terminated from my employment on the following date: _____

(C) ☐ Failure to promote me. I was refused a promotion on the following date(s): _____

(D) ☑ Other acts as specified below: _Criminal Background_ I was not hired because of criminal background check. No individualized assessment done. CHRO and Hartford Healthcare never allowed me to present evidence in my defense.

5.  The conduct of the Defendant(s) was discriminatory because it was based upon: race [✓] color [✓], religion [ ], sex [ ], age [✓], national origin [ ] or disability [ ]. [Please check all applicable bases for your claim of discrimination and explain further, if necessary]: _____

_____

6.  The facts surrounding my claim of employment discrimination are as follows [Attach additional sheets, if necessary]:

I was never given a opportunity to present my case or provide evidence in my defense. Hartford Healthcare never performed a individual assessment during the hiring process which is a violation of EEOC policy and procedure, there failure results in a case of disparate treatment.

_____

7.  The approximate number of persons who are employed by the Defendant employer I am suing is: 3,600.

8.  The alleged discrimination occurred on or about the following date(s) or time period: March 1, 2020 and April 20, 2020.

9.  I filed charges with the:

    ☑ Equal Employment Opportunity Commission

    ☑ Connecticut Commission on Human Rights and Opportunities

10. The Equal Employment Opportunity Commission issued a Notice of Right to Sue letter **(copy attached)**, which I received on or about the following date: Sept 9, 2021 **[NOTE:** If you filed charges with the EEOC or the CHRO, you **MUST** attach a copy of the Notice of Right to Sue letter for this Court to consider your claim(s). Failure to do so may result in delaying consideration of your claim(s).]

11. The EEOC or the CHRO determined that there was no probable cause to believe that discrimination occurred. My reasons for questioning that determination are as follows [Attach additional sheets, if necessary]: Chro never provided proof of individualized assessment because it never occurred. Please read CFR Never offorded me opportunity to present evidence

12. If relief is not granted, I will be irreparably denied rights secured under the law(s) referred to in Item Number 3, above.

13. WHEREFORE, Plaintiff(s) pray(s) that: The Court grant such relief as may be deemed appropriate, including **[NOTE:** While all of the forms of relief listed below may not be available in a particular action, you should place a check next to each form of relief you seek.):

    ☐ Injunctive orders (specify the type of injunctive relief sought): _____
    _____;

    ☑ Backpay;

4

☐ Reinstatement to my former position;

☑ Monetary damages (specify the type(s) of monetary damages sought): Compensatory, punitive ;

☑ Other (specify the nature of any additional relief sought, not otherwise provided for on this form): Compensatory, ~~[scribbled out]~~ punitive ;

AND costs and attorneys' fees.

**JURY DEMAND**

I hereby   DO ☐   DO NOT ☑ demand a trial by jury.

_____   **Plaintiff's Original Signature**
Original signature of attorney (if any)

[signature]

~~Printed Name and address~~   ~~Printed Name and address~~

( )   ( )
Attorney's telephone   Plaintiff's telephone

Email address if available   Email address if available

Dated: 2 DEC 21

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _____ on _____.
     (location)        (date)

*Walter Wellor* (signature)
**Plaintiff's Original Signature**

(Rev. 3/23/16)

**STATE OF CONNECTICUT**
**COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES**



## CASE ASSESSMENT REVIEW

<u>Walter Williams</u>
COMPLAINANT

VS.

<u>Hartford Healthcare Corp.</u>
RESPONDENT

| | | |
|---|---|---|
| CHRO NO. 2010560 | DATE FILED: | JUNE 9, 2020 |
| EEOC NO. 16A-2020-01269 | DATE FILED: | JUNE 9, 2020 |

Connecticut law requires the Commission on Human Rights and Opportunities (CHRO) to conduct a case assessment review (CAR) of this complaint. The purpose of the CAR review is to determine whether the complaint should be retained for further processing or dismissed.

The CHRO has conducted a thorough review of the file and has dismissed the complaint for the following reason(s):

☐   The complaint fails to state a claim for relief because:

☐   The complaint is frivolous on its face because:

☐   The respondent is exempt because:

☒   There is no reasonable possibility that investigating the complaint will result in a finding of reasonable cause:

The complaint alleges that the Respondent failed to hire the Complainant because of his race (African-American) and color (Black). Specifically, the complaint alleges that the Respondent rescinded its conditional offer of employment to Complainant for the position of Line Cook upon return of his background check.

Evidence in the case file or likely to be produced in an investigation shows that the Respondent made a conditional offer of employment to the Complainant after two interviews. When the Complainant's background check disclosed convictions for Assault in the 3rd degree in 2014 and Assault in the 3rd Degree and Reckless Endangerment in the 1st Degree in 2017, the Respondent informed the Complainant and provided him a copy of the report and a summary of his rights under the Fair Credit Reporting Act. The Complainant attempted to explain the underlying incident resulting in the 2017 convictions. The Respondent then revoked the offer of employment based on the Complainant's criminal convictions.

The complaint alleges that there is an association between the Complainant's race and color and his criminal conviction history. If the complaint had alleged that the Respondent failed to conduct an individualized assessment of the Complainant's criminal history or had a blanket policy of excluding all applicants with a criminal history, a disparate impact claim may have been stated. Here, though, the evidence in the case file shows that the Respondent conditionally hired the Complainant after interviews, thus presumably with knowledge of his race and color, and then conducted an individualized assessment of his criminal history and provided him with the necessary information to rebut the information in the report. Given the above, there is no reasonable possibility that investigating the complaint will result in a finding of reasonable cause that the Respondent failed to hire the Complainant because of his race or color.

As this complaint was dismissed, a release of jurisdiction allowing the complainant to bring a civil action in court has been attached to this notice.

November 18, 2020
Dated:

Commission on Human Rights and Opportunities
450 Columbus Boulevard, Suite 2
Hartford, CT 06103

EEOC Form 161 (11/2020)   **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Walter Williams<br>157 Broad Street, Apt. 2w<br>New Britain, CT 06053 | From: | Boston Area Office<br>John F. Kennedy Fed Bldg<br>15 New Sudbury Street, Room 475<br>Boston, MA 02203 |
|---|---|---|---|

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 16A-2020-01269 | Amon L. Kinsey, Jr.,<br>Supervisory Investigator | (617) 865-3672 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ] The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

[X] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*[signature]*

September 9, 2021

Enclosures(s)

**Feng K. An,**
**Area Office Director**

*(Date Issued)*

CC:

**HARTFORD HEALTHCARE CORPORATION**
157 Broad Street, Apt. 2w
Hartford, CT 06103